New Millennium Med. Imaging, P.C. v GEICO (2022 NY Slip Op
50928(U))

[*1]

New Millennium Med. Imaging, P.C. v GEICO

2022 NY Slip Op 50928(U) [76 Misc 3d 134(A)]

Decided on September 23, 2022

Appellate Term, Second Department

Published by New York State Law Reporting Bureau
pursuant to Judiciary Law § 431.

This opinion is uncorrected and will not be
published in the printed Official Reports.

Decided on September 23, 2022
SUPREME COURT, APPELLATE TERM, SECOND
DEPARTMENT, 2d, 11th and 13th JUDICIAL DISTRICTS
PRESENT: : THOMAS P. ALIOTTA, P.J., DONNA-MARIE E. GOLIA, CHEREÉ
A. BUGGS, JJ

2020-155 K C

New Millennium Medical Imaging, P.C., as
Assignee of Everald Danne, Respondent,
against
GEICO, Appellant. 

Law Office of Goldstein, Flecker & Hopkins (Lawrence J. Chanice of counsel), for
appellant.
Law Office of Damin J. Toell, P.C. (Damin J. Toell of counsel), for respondent.

Appeal from an order of the Civil Court of the City of New York, Kings County (Sandra E.
Roper, J.), entered September 6, 2019. The order, insofar as appealed from, denied defendant's
motion to dismiss the complaint.

ORDERED that the order, insofar as appealed from, is affirmed, with $25 costs.
In this action by a provider to recover assigned first-party no-fault benefits, defendant
appeals, as limited by its notice of appeal, from so much of an order of the Civil Court as denied
defendant's motion which had sought to dismiss the complaint, pursuant to CPLR 3211 (a) (5),
on the ground that the action is barred by the statute of limitations.
For the reasons stated in New Millennium Med. Imaging, P.C., as Assignee of Shomari
Neysmith v GEICO (— Misc 3d —, 2022 NY Slip Op — [appeal No.
2020-96 K C], decided herewith), the order, insofar as appealed from, is affirmed. 
ALIOTTA, P.J., GOLIA and BUGGS, JJ., concur.
ENTER:
Paul Kenny
Chief Clerk
Decision Date: September 23, 2022